

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00541-CR

Librado **MALDONADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR4304W
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that the Clerk of this court issue mandate contemporaneously with this judgment.

SIGNED October 15, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice